UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY SMITH,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>STEVEN SINCLAIR,<br><br>　　　　　　　Respondent. | No. C09-5766 RBL/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to Petitioner.

DATED this  11th  day of January, 2010.

　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　United States Magistrate Judge

ORDER - 1