# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDY SMITH,

v.

STEVEN SINCLAIR

JUDGMENT IN A CIVIL CASE

No. C09-5766 RBL/KLS

___  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Defendant's motion to dismiss (Dkt. 12) is **GRANTED** and Petitioner's writ of habeas corpus (Dkt. 5) is **DISMISSED WITH PREJUDICE as time-barred based on 28 U.S.C. § 2244(d)**; and

(3) The Court declines to issue a Certificate of Appealability.

|  May 18, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk